UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETALUMA HEALTH CENTER,<br><br>　　　　　Defendant. | Case No. 17-cv-05428-HSG<br><br>**ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT UNDER 28 U.S.C. § 1915**<br><br>Re: Dkt. No. 13 |

　　　　The Court has reviewed Plaintiff's amended complaint, Dkt. No. 13, and finds that it adequately alleges cognizable claims warranting a response. *See* 28 U.S.C. § 1915(e)(2)(B). The Court accordingly **ORDERS** the United States Marshal to serve the amended complaint on Defendant.

　　　　**IT IS SO ORDERED.**

Dated: 7/6/2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge