KENNETH FRUCHT, State Bar No. 178881
FREDERICK J. GEONETTA, State Bar No. 114824
**GEONETTA & FRUCHT, LLP**
825 Washington Street, Suite 220
Oakland, CA 94607
Telephone: (510) 254-3777

Attorneys for Plaintiff TERRI PRICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI PRICE,<br><br>      Plaintiff,<br><br>vs.<br><br>PETALUMA HEALTH CENTER,<br><br>      Defendant | Case No. C-17-5428 HSG<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT (LOCAL RULE 6-3); DECLARATION OF KENNETH FRUCHT; [PROPOSED] ORDER** |

## I. INTRODUCTION

Plaintiff Terri Price hereby requests an extension of four more days, until October 1, 2018, to file her second amended complaint. The Court previously granted Plaintiff an extension until September 27, 2018 to file her amended pleading. However, other matters and the voluminous files he has been reviewing have prevented him from finalizing the pleading by the September 27, 2018 deadline. Plaintiff therefore requests that the time to file her Second Amended Complaint be extended from September 27, 2018 to October 1, 2018.

## II. FACTUAL BACKGROUND

Plaintiff's counsel has been working diligently on her Second Amended Complaint. However, because of the volume of documentation that he has been reviewing, in particular a 1200 page Worker's Compensation file, he has been unable to complete the pleading by the September 27, 2018 deadline. He will be able to complete and file the pleading by October 1, 2018.

ADMINISTRATIVE MOTION TO EXTEND TIME - 1 OF 7

## III. LEGAL ARGUMENT

FRCP 15(a)(1) provides that "A party may amend its pleading as a matter of court within: (B) 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b)…" Defendant served its Motion to Dismiss on July 30, 2018, and Plaintiff could have filed an amended pleading 21 days thereafter, or by August 20, 2018. Plaintiff did not file an opposition or an amended pleading. On September 18, 2018, Plaintiff sought, and was granted an extension of time until September 27, 2018 to file a Second Amended Complaint.

Plaintiff is seeking an additional four day extension. This is justified because Plaintiff's counsel has been reviewing a voluminous file in order to draft the pleading, and has also been dealing with other urgent matters in his office, and he will need another few days to complete and finalize the Second Amended complaint.

DATED: September 27, 2018              GEONETTA & FRUCT, LLP


                                       /s/  Kenneth Frucht
                                           Kenneth N. Frucht
                                           Attorney For Plaintiff

## DECLARATION OF KENNETH FRUCHT IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT

I, KENNETH FRUCHT, declare as follows,

1. I am an attorney admitted to practice law in the State of California. Except as to matters expressly stated are based on information and belief. I have personal knowledge as to matters stated herein, and if called to testify in a court of law would so testify.

2. Plaintiff was an eight year employee of the Petaluma Health Center ("PHC"), and went out on medical leave in December 2013 following an investigation into complaints that she had made to PHC about abusive treatment by her immediate supervisor, and a race-based hostile work environment at PHC. She also alleged wage and hour violations under California Labor Law. Plaintiff filed her complaint pro se on September 19, 2017. (Dckt. 2.) At the same time she sought permission – which was granted – to proceed pro se. (Dckt. 2.)

3. Plaintiff filed an Amended Complaint on February 5, 2018 (Dckt. 13.), and on July 6, 2018 the Court ordered that the Complaint be served on Defendant (Dckt. 14.). Defendant filed a Motion to Dismiss on July 30, 2018 (Dckt. 18.). Based on that filing date, any opposition would have been due on August 20, 2018. Further, based on FRCP 15(a)(1)(B), Plaintiff could have filed an amended complaint 21 days thereafter.

4. On September 18, 2018 Plaintiff filed an Administrative Motion to extend the time to file a Second Amended complaint. The Court granted the motion and, per Plaintiff's request, gave her until September 27, 2018 to file her amended pleading.

5. Among the documents I have been reviewing to draft the Second Amended complaint was Plaintiff's 1260 page Worker's Comp file. Because of the large amount of information contained in that file, as well as other documentation that I have had to review, and also because of other urgent matters in my practice, I have been unable to complete the Second Amended complaint by September 27, 2018, and need another four days to do so.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 27, 2018

                                          /s/ *Kenneth Frucht*
                                          Kenneth N. Frucht

## ~~PROPOSED~~ ORDER

GOOD CAUSE HAVING BEEN SHOWN it is HEREBY ORDERED that Plaintiffs Administrative Motion for an additional Extension of Time to File a Second Amended Complaint is GRANTED. Plaintiffs shall file a Second Amended Complaint on or before October 1, 2018.

IT IS SO ORDERED

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
Judge of the U.S. District Court for the Northern District of California

ADMINISTRATIVE MOTION TO EXTEND TIME - 4 OF 7